623 A.2d 322

**EXECUTIVE LIFE INSURANCE COMPANY, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued April 7, 1993.

Decided April 30, 1993.

William Y. Rodewald, Pittsburgh, Richard R. Tarantine, Pittsburgh, for appellant.

John Butchar, for appellee.

*ORDER*

PER CURIAM:

Order affirmed.

Messrs. Justice Larsen and Flaherty dissent.